98-00609 USDCRI Lisi

# United States Court of Appeals
## For the First Circuit

MANDATE

No. 02-1120

APG, INC.,

Plaintiff, Appellant,

v.

MCI TELECOMMUNICATIONS CORPORATION,

Defendant, Appellee.

**JUDGMENT**

Entered: February 8, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment for defendant MCI Telecommunications Corporation on the tortious interference and misappropriation of trade secrets claims is affirmed, but the case is remanded to the district court for further proceedings on the unjust enrichment count. The district court's judgment as a matter of law for defendant MCI Telecommunications Corporation on the breach of contract claim is affirmed.

Appellant APG, Inc., shall recover one-half its costs.

Costs are taxed in favor of Appellant
in the amount of $773.43

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

[signature]
**Deputy Clerk**

**Date:** 3/14/06

**By the Court:**

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[Certified copies to the Hon. Mary M. Lisi and Mr. David DiMarzio, Clerk, United States District Court for Rhode Island. Copies to Mr. Decof, Mr. Klein, Mr. Tamuleviz, Mr. DeSisto, and Mr. Berthiaume.]