**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

A.P.G., Inc.,
Plaintiff

v. C.A. No. 98-609T

MCI Telecommunications Corporation,
Defendant

**SHOW CAUSE ORDER**

On or before **July 30th, 2007**, the plaintiff is hereby ordered to show cause, in writing, why the case should not be dismissed pursuant to the terms of the Stipulation between the parties and entered by the United States Bankruptcy Court for the Southern District of NY on August 30th, 2005 (*Chapter 11 Case No. 02-13533(AJG)*). Failure to comply will result in dismissal of the case.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge
Date: 7/10/07
FORMS/SHWCAUS2.ORD