UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| A.P.G., Inc., Plaintiff | : | |
| v. | : | C.A. No. 98-609T |
| MCI TELECOMMUNICATIONS CORPORATION, Defendant | : | |

**PLAINTIFF A.P.G., INC.'S SUPPLEMENTAL RESPONSE TO THE COURT'S JULY 10, 2007 SHOW CAUSE ORDER**

Plaintiff A.P.G. Inc. (hereinafter "APG") hereby provides a supplemental response to the Court's order, dated July 10, 2007, that the plaintiff show cause why this action should not be dismissed pursuant to the stipulation between the parties entered by the United States Bankruptcy Court for the Southern District of New York on August 30, 2005. APG filed its initial response with this Court on July 27, 2007.

In it initial response, APG outlined the pending proceedings in the U.S. Bankruptcy Court for the Southern District of New York. APG further informed the Court that if the within matter was to be tried in the New York bankruptcy court, APG would notify this Court and not object to a dismissal without prejudice of this action.

Since that time, the bankruptcy judge has held a conference and indicated that this matter will be tried in the New York bankruptcy court. Consequently, APG will not object to a dismissal without prejudice of this action which preserves APG's right to continue litigating its claim in the bankruptcy court.

Respectfully submitted,

Plaintiff, A.P.G., Inc.,

By its Attorneys,

/s/ Howard B. Klein

Howard B. Klein Bar No. 4707
Decof & Decof, P.C.
One Smith Hill
Providence, Rhode Island 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641
hbk@decof.com

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within document was sent by e-mail (BerthiaumeM@gtlaw.com) and United States mail, postage prepaid, from Decof & Decof, P.C., One Smith Hill, Providence, RI 02903, to **Mark A. Berthiaume, Esq.**, Greenberg Traurig, LLP, One International Place, Boston, MA 02110, on this 20th day of August 2007.

/s/ Howard B. Klein