**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

A.P.G., INC.,
Plaintiff

v. C.A. No. 098-609-1T

MCI TELECOMMUNICATIONS
CORPORATION,
Defendant

## ORDER

On July 10, 2007, this Court ordered the plaintiff to show cause why the case should not be dismissed pursuant to the terms of the Stipulation between the parties entered by the United Bankruptcy Court for the Southern District of New York on August 30, 2005 (Chapter 11 Case No. 02-13533(AJG)). Cause not having been shown, the case is herewith dismissed without prejudice to the plaintiff's right to continue litigating its claim in the Bankruptcy Court.

By Order:

[signature]

Deputy Clerk

ENTER:

[signature]

Ernest C. Torres
Sr. U.S. District Court Judge
Date: August 28, 2007